FILED

JUN 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERRY DILLIEHUNT, ) <br>     a/k/a Donald Holland, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 05 0371 CRB <br><br> [~~PROPOSED~~] ORDER WITHDRAWING REQUEST FOR ARREST WARRANT |

Due to a mistaken request by the United States at the return of the indictment in this case, the Court requested the issuance of a no-bail arrest warrant on June 15, 2005 even though the defendant was already in custody. This order hereby withdraws that June 15, 2005 request for an arrest warrant, acknowledging the propriety of the clerk's office in declining to issue one.

IT IS SO ORDERED.

DATED: 6-21-05

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge