**FILED**

OCT 0 7 2005

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IT IS SO ORDERED

[signature]

U.S. DISTRICT JUDGE
10-7-05
DATE

1  LAW OFFICES OF PAUL DELANO WOLF
   PAUL DELANO WOLF, No. 78624
2  LYNN M. KESLAR, No. 191521
   1212 Broadway, Tenth Floor
3  Oakland, CA 94612-3423
   (510) 451-4600
4
   Attorney for Defendant
5  JERRY DILLIEHUNT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-CR-00371 DLJ |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | |
| JERRY DILLIEHUNT, | |
| Defendant. | |

Defendant JERRY DILLIEHUNT hereby substitutes the Law Offices of Paul Delano Wolf, 1212 Broadway, Tenth Floor, Oakland, CA 94612, telephone (510) 451-4600, as his attorney in the above captioned case in place of Byron C. Thompson, 1714 Franklin Street, Suite 350, Oakland, CA 94612, telephone (510) 835-1600.

I request and consent to the substitution.

10/4/05
Date                                    JERRY DILLIEHUNT

I accept the substitution.

10/4/05
Date                                    PAUL DELANO WOLF

I consent to the substitution.

10-4-05
Date                                    BYRON C. THOMPSON