PROPOSED ORDER/COVER SHEET

**FILED**
APR 6 – 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: JERRY DILLIEHUNT

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 05-cr-00371-DLJ
96-cr-40065-DLJ

DATE: April 6, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
U.S. Pretrial Officer

510-637-3752
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on FRIDAY, APR. 14, 2006 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER  (signed Wayne D. Brazil)

DATE: 4-6-06

Cover Sheet (12/03/02)

cc: Copy to parties via ECF, WDB's stats, Frances Financial, Pretrial