1  PAUL DELANO WOLF, No. 78624
   LYNN M. KESLAR, No. 191521
2  1212 Broadway, Tenth Floor
   Oakland, CA 94612
3  Tel: (510) 451-4600
   Fax: (510) 451-3002
4
   Attorneys for
5  JERRY DILLIEHUNT

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                )    No.  CR 05 0371 DLJ
9                               )    No.  CR 96 40065 DLJ
   UNITED STATES OF AMERICA,    )
10                              )    **ORDER FOR**
                                )    **DISCLOSURE OF OFFICIAL**
11                              )    **REPORT(S)**
        Plaintiff,              )
12                              )
        v.                      )
13                              )
                                )
14 JERRY DILLIEHUNT,            )
                                )
15      Defendant._____)____

16

17      Good cause having been shown, IT IS HEREBY ORDERED that the

18 report of the Contra Costa Sheriff's Office regarding an incident

19 occurring January 12, 2006 at 118 Brighton Way, Hercules,

20 California, in possession of United States Pre-Trial Services, and

21 previously provided to this Court on or about April 6, 2006; and

22 any other written reports used in preparation for the Pre Trial

23 Release Violation Hearing held in this case on April 14, 2006; be

24 immediately disclosed by United States Pre-Trial Services to

25 counsel for Mr. Dilliehunt.

26 Dated: April 11, 2006

27                       By: _____
                            Wayne D. Brazil
28                          U.S. Magistrate Judge

