```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, No. 78624
LYNN M. KESLAR, No. 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612
Tel: (510) 451-4600
Fax: (510) 451-3002

Attorneys for
JERRY DILLIEHUNT
```

**FILED**

MAY 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JERRY DILLIEHUNT, ) <br> ) <br> Defendant. ) <br> _____ ) | No.  CR 05 0371 DLJ <br> No.  CR 96 40065 DLJ <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL MOTIONS** |

The defendant Jerry Dilliehunt and the United States were previously ordered to file and serve all pretrial motions by Friday, May 5, 2006.  Because the parties are in ongoing discussions to determine whether jury will be waived by the defendant, the parties, through counsel, hereby stipulate and request that pretrial motions be filed no later than May 9, 2006, with opposition due on May 15, 2006.

\\

\\

\\

\\

\\

SO STIPULATED:

DATED: 5/4/06

                    Law Offices of Paul DeLano Wolf
                    By: Lynn M. Keslar
                    Attorneys for Defendant
                    JERRY DILLEHUNT

DATED: 5/4/06

                    Assistant United States Attorney
                    George Bevan
                    Attorney for the United States

SO ORDERED:

DATED: 5-11-06

                    The Honorable D. Lowell Jensen
                    U.S. District Judge

STIPULATION AND PROPOSED ORDER REGARDING PRETRIAL MOTIONS
Nos. CR 05 0371 DLJ, CR 96 40065 DLJ/ Page 2