JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3705
    Facsimile:   (510) 637-3724
    E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00371 DLJ |
| | ) | |
|     Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO JUNE 19, 2009; |
|     v. | ) | **ORDER** |
| | ) | |
| JERRY DILLIEHUNT, | ) | Date:       May 29, 2009 |
| | ) | Time:      11:00 a.m. |
|     Defendant. | ) | Court:    Hon. D. Lowell Jensen |
| | ) | |

       The above-captioned matter is set on May 29, 2009 before this Court for a hearing on the charges contained in the Amended Petition for Summons for Offender Under Supervision ("Amended Petition").  The parties request that the Court continue the hearing to June 19, 2009 at 9:00 a.m.

       On or about May 13, 2009, the United States Probation Office filed the Amended Petition alleging eight new violations of supervised release.  Defendant appeared for arraignment on the Amended Petition on May 27, 2009.  Defense counsel needs additional time to investigate the new charges contained in the Amended Petition and to discuss the same with defendant. Additionally, at least one of the government's witnesses is not available to testify on May 29, 2009 if the hearing were to go forward.  The parties, therefore, request that this Court continue

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-05-00371 DLJ

1  the matter to June 19, 2009 to allow the parties time to discuss a potential resolution or to

2  prepare this matter for a hearing.  At the hearing on June 19, 2009, the parties expect to resolve

3  the matter or to set the matter for a hearing before this Court.

4

5  DATED: May 27, 2009

6

7

8  _____/s/_____          _____/s/_____
   JAMES C. MANN                       PAUL DELANO WOLF, ESQ.
   Assistant United States Attorney    Counsel for Jerry Dilliehunt
9  Counsel for United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-05-00371 DLJ

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )        No. CR-05-00371 DLJ
                                     )
12           Plaintiff,              )         ORDER GRANTING STIPULATED
                                     )        REQUEST TO VACATE HEARING
13      v.                           )        DATE
                                     )
14  JERRY DILLIEHUNT,                )        Date:      May 29, 2009
                                     )        Time:      11:00 a.m.
15           Defendant.              )        Court:     Hon. D. Lowell Jensen
    _____)

16

17         The parties jointly requested this Court to continue the hearing set for May 29, 2009 at

18  11:00 a.m. to June 19, 2009 at 9:00 a.m.  On or about May 13, 2009, the United States Probation

19  Office filed the Amended Petition for Summons for Offender Under Supervision alleging eight

20  new violations of supervised release.  Defense counsel needs additional time to investigate the

21  new charges and to discuss the same with defendant.  Additionally, at least one of the

22  government's witnesses is not available to testify on May 29, 2009 if the hearing were to go

23  forward.  Good cause appearing therefor,

24         **IT IS HEREBY ORDERED** that the May 29, 2009 hearing is continued to June 19,

25  2009 at 9:00 a.m.

26

27  DATED: May 27, 2009                    _____
                                           HON. D. LOWELL JENSEN
28                                         United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-05-00371 DLJ