```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, Bar No. 78624
 2  LYNN KESLAR, Bar No. 191521
    717 Washington Street, 2nd Floor
 3  Oakland, California 94607
    (510) 451-4600 Telephone
 4  (510) 451-3002 Fax

 5  Attorneys for Defendant
    JERRY DILLIEHUNT
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,        No. CR 05-00371 DLJ
12        Plaintiff,                 STIPULATION AND
                                     ORDER RE: LIVING
13  v.                               ARRANGEMENTS

14  JERRY DILLIEHUNT,

15     Defendant.              /
```

16          It is hereby stipulated by and between the parties that defendant Jerry Dilliehunt be allowed to reside with his mother at 201 Main Street, Vallejo, California instead of with his uncle, as is currently specified in the bond.

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jerry Dilliehunt be allowed to reside with his mother until August 3, 2009 when he is to self-surrender to the Federal Detention Center in Dublin, California.

        SO STIPULATED.

_____          _____/s/_____
Date                          JAMES MANN
                              Assistant United States Attorney

_____          _____/s/_____
Date                          PAUL DELANO WOLF
                              Attorney for Defendant
//

```
1
2   _____                    _____/s/_____
    Date                                   BETTY KIM
3                                          United States Probation Officer

4           SO ORDERED.

5
    July 28, 2009                          _____/s/ Wayne D. Brazil_____
6   Date                                   HONORABLE WAYNE D. BRAZIL
                                           United States Magistrate Judge
7
```